In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-616 CV


____________________



STEPHEN K. LISLE and DONNA LYNN LISLE, Appellants



V.



COUNTY OF NEWTON and


DEWEYVILLE INDEPENDENT SCHOOL DISTRICT, Appellees






On Appeal from the 1-A District Court


Newton County, Texas


Trial Cause No. 2781T






MEMORANDUM OPINION


 The appellants, Stephen K. Lisle and Donna Lynn Lisle, filed a motion to dismiss
this appeal. The motion is voluntarily made by the appellants prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of
appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.



 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 10, 2008


Before Gaultney, Kreger and Horton, JJ.